IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. CR 03-0029 |
| | ) | |
| vs. | ) | |
| | ) | |
| **WESLEY MARK SMITH**, | ) | **SENTENCING MEMORANDUM** |
| | ) | |
| Defendant. | ) | |

Defendant, Wesley Mark Smith, by and through his attorney, submits his Sentencing Memorandum as follows:

1. **When**. Defendant is scheduled for sentencing at 4:30pm on November 4, 2003.

2. **Issue(s)**. Defendant submits that there are no issues for sentencing.

3. **Witnesses**. Defendant will have no witnesses.

4. **Exhibit(s)**. Defendant will have no exhibits.

5. **Letters**. Defendant will have no letters.

6. Defendant's Special Assessment was paid on July 21, 2003, in the amount of $200 (Receipt #119593).

DATED this 4th day of November, 2003, at Cedar Rapids, Iowa.

1

NADLER & WESTON



BY:_____
CHARLES H. NADLER  LI0008355
305 2nd Street SE Suite 420
Cedar Rapids, Iowa  52401-1703
(319) 366-7796
Facsimile: (319) 366-6176
Email: chnadle@attglobal.net

ATTORNEY FOR DEFENDANT

Copies To:

    Asst' US Attorney - Matthew J. Cole

**CERTIFICATE OF SERVICE**

   The undersigned certifies that the foregoing instrument was served upon an attorney of record for each party to the above-entitled cause at this respective address as disclosed by the pleadings on ___4th November_____, 2003.

By      ☐ U.S. Mail      ☐ Fax
          ☐ Hand Delivered   ☐ Overnight Courier
          ☐ Federal Express   ☐ Other
          ∶ Electronic Noticing (CM-ECF)

Signature