IN THE IOWA DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
__Cedar Rapids__ DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA
03 NOV -4 PM 4:38
CEDAR RAPIDS HDQTRS. OFFICE
BY ___

Case Number: __CR 03-29__    Date: __11/4/03__

Case Title: __USA__ vs. __Wesley Smith__

JUDGE: Honorable __LRR__

TIME IN COURT: Start __4 25__ a.m./~~p.m.~~  Adjourn: __4 40__ a.m./~~p.m.~~

Time in chambers ____

Recesses ____

APPEARANCES: Plaintiff __Matt Cole__

Defendant __Charles Nadler__

Court Reporter ~~[illegible]~~    Contract Reporter ~~Y~~/N (If yes, provide copy to financial)

~~Interpreter~~ → __Tracy Lamp__    (Provide copy to financial) Phone? Y/N Certified? Y/N

**TYPE OF PROCEEDING:**    Interpreter Language: ____

A. **HEARING:**
  1. MOTION (Nature): ____
  2. ARRAIGNMENT: ____ INITIAL APPEARANCE: ____
     (a) Defendant plead guilty/not guilty to counts ____
     (b) Counsel retained/appointed: FPD/Other ____
  3. PLEA: Defendant plead to counts ____
     Defendant detained/released pending sentencing.
  (**4.**) SENTENCING: Objections to PSIR __none__
     Total Offense Level: __34__    Criminal History: __IV__
     Sentence: (See J&C Order)
     Counts dismissed: __2, 3 + 4__
     Defendant (detained)/~~released~~ and shall report ____
  5. OTHER HEARING: ____

B. TRIAL: Jury ____ Non-Jury ____ Contested Sentencing ____ Prelim Inj/TRO ____

WITNESS CALLED/EXHIBITS INTRODUCED (See attached sheet): ____

MOTIONS RULED ON BY THE COURT: ____

  a. Docket Nos. ____
     (1) Ruling ____

     (2) Order to follow: Yes ____ No ____

  b. Docket Nos. ____
     (1) Ruling ____

     (2) Order to follow: Yes ____ No ____

DEADLINES: 1. TRIAL ____    2. PRETRIAL MOTIONS ____

3. SENTENCING ____    4. PRETRIAL CONF. ____

5. DETENTION HEARING ____    6. PRELIMINARY HEARING ____

7. OTHER ____

MISC ____

Copies to:    __Bethany Currie__
                  Deputy Clerk